MARY KATE SULLIVAN (State Bar No. 180203)
MICHELLE T. MCGUINNESS (State Bar No. 257151)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO MARTINEZ-AVALOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; REGIONAL SERVICE CORPORATION, a California corporation; and DOES 1 through 20 Inclusive,<br><br>Defendants. | Case No.: 3:11-cv-06620-~~JCS~~ SC<br><br>**STIPULATION AND ORDER FOR REMAND TO ALAMEDA COUNTY SUPERIOR COURT** |

      Plaintiff Pedro Martinez-Avalos and defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Regional Service Corporation, through their respective counsel, stipulate as follows:

      1.    Wells Fargo removed this action by filing and serving a notice of removal on December 22, 2011.

      2.    On January 23, 2012, plaintiff filed his First Amended Complaint, in which he alleged that the amount is controversy was $65,000.

      3.    Also on January 23, 2012, plaintiff filed a motion to remand the case to state court on the ground that, as amended, the complaint does not satisfy the amount in controversy requirement for diversity jurisdiction, among other reasons.

4. Without conceding that its removal of the action was unjustified or that diversity jurisdiction is lacking, Wells Fargo consents to remand to avoid further expense with regard to procedural issues not addressed to the merits of plaintiffs' claims.

5. Regional Service Corporation does not oppose the remand.

6. For these reasons, the parties agree that the case should be remanded to the Superior Court of the State of California for the County of Alameda, where it was originally filed.

7. Wells Fargo and Regional Service Corporation shall have 30 days from the date of the entry of the attached Order to respond to the First Amended Complaint.

DATED: February 6, 2012          NICK PACHECO LAW GROUP


By: /s/ Nick Pacheco
         Nick Pacheco, Esq.

Attorneys for Plaintiff
PEDRO MARTINEZ-AVALOS

DATED: February 6, 2012          SEVERSON & WERSON
                                 A Professional Corporation


By: /s/ Michelle McGuinness
         Michelle McGuinness

Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: February 6, 2012          ROBINSON TAIT, PS


By: /s/ Nicolas A. Daluiso
         Nicolas A. Daluiso

Attorneys for Defendant
REGIONAL SERVICE CORPORATION

**ORDER**

On the basis of the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. This action be, and it hereby is, remanded to the Superior Court of the State of California for the County of Alameda.

2. Each party shall bear its own costs and attorneys' fees in connection with the removal and remand of this action. No award of costs or fees is made pursuant to 28 U.S.C. § 1447(c).

DATED: 2/6/12, 2012



Samuel C[onti]
Judge of the [United States Dist]rict Court
Northern [District of California]